United States District Court
Southern District of Texas

**ENTERED**

July 13, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ABDELMONIEM IDRIS YAGOUB AHMED, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-684 |
| | § | |
| WARDEN, EL VALLE DETENTION FACILITY, | § | |
| *et al.*, | § | |
| | § | |
| Respondents. | § | |

## <u>ORDER</u>

Petitioner Abdelmoniem Idris Yagoub Ahmed, a national of Sudan with protection from removal as to Sudan, is detained by immigration authorities at the El Valle Detention Center in Willacy County, Texas.  Petitioner filed a petition for writ of habeas corpus, seeking his release from detention. (Pet., Doc. 1)  Petitioner is detained subject to a final order of removal. (*Id.* at ¶ 24)

A Magistrate Judge recommends that the Court dismiss the petition and close the case. (R&R, Doc. 4)  Petitioner objects to the Report and Recommendation. (Objections, Doc. 5)  When a party objects to a Report and Recommendation, the district court applies *de novo* review as to the objected-to portions of the Report and Recommendation. *Battle v. United States Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987).

The Court has considered Petitioner's objections, which in large measure re-assert the arguments that he presented to the Magistrate Judge.  Petitioner seeks his release based upon *Zadvydas v. Davis*, 533 U.S. 678 (2001), which established that six months represents a "presumptively reasonable period of detention" following a final order of removal. *Id.* at 701. Petitioner concedes that his "period of physical custody began on May 12, 2026[.]" (Objections, Doc. 5, 2)  Based on the record and the applicable law, the Court agrees with the conclusion in the

Report and Recommendation that has been detained for fewer than six months.  The Court also finds unpersuasive Petitioner's position that his two-year history of non-removal renders this case ripe.

For these reasons, the Court **OVERRULES** Petitioner Abdelmoniem Idris Yagoub Ahmed's objections to the Report and Recommendation (Doc. 4), which the Court **ADOPTS**.  As a result, it is:

**ORDERED** that Plaintiff Abdelmoniem Idris Yagoub Ahmed's Verified Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief (Doc. 1) is **DENIED WITHOUT PREJUDICE**.

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on July 13, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge